Form 173

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 19–10431

IN THE MATTER OF:
Joyce Marie McClain    xxx–xx–1007
6082 Asheton Road
Trinity, NC 27370

Debtor(s)

## NOTICE OF DEFICIENCY OF SERVICE OF CHAPTER 13 PLAN

A proposed Chapter 13 Plan was filed in this case on **Monday, April 22, 2019**. To the extent that the proposed Chapter 13 Plan includes a request to determine the amount of any secured claim (including a request to determine the value of any collateral), Bankruptcy Rule 3012(b) requires service of the proposed plan on the holder of such claim and any other entity the court designates in the manner provided for service of a summons and complaint under Rule 7004. Proof of such service must be made to the Court by affidavit as required by Rule 4(l) of the Rules of Civil Procedure, made applicable by Bankruptcy Rule 7004(a)(1).

The following deficiencies have been noted regarding service of the proposed Chapter 13 Plan:

**\*No certificate of service has been filed for the proposed Chapter 13 Plan or certificate of service is incomplete.**

**\*The proposed Chapter 13 Plan includes a request to determine the amount of a secured claim and proof of service by affidavit as required by Rule 3012(b) and 7004(a)(1) has not been filed with the court for the following creditor(s):**
    –**Capital One Bank, NA**

Dated: 4/23/19                                                                                      OFFICE OF THE CLERK/smw